# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Criminal Action No. 13-cr-00072-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2. ARTURO CASTRO,

      Defendant.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS

---

      IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

      DATED at Denver, Colorado this _____ day of November 2014.

BY THE COURT

_____
William J. Martínez, Judge

_____         _____
      N/A
Attorney for Government               Attorney for Defendant