IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No.   13-cr-00072-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ARTURO CASTRO,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this  29th  day of December 2014.

BY THE COURT:

_____
William J. Martínez, Judge


| \_\_\_\_\_n/a\_\_\_\_\_ | _____ |
| Attorney for Plaintiff | Attorney for Defendant |